**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| NICHOLE MATTHEWS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:10-0257 |
| | ) | Judge Trauger |
| | ) | |
| CELLCO PARTNERSHIP | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

It is hereby ORDERED that the initial case management conference scheduled for June 7, 2010 is RESET for June 18, 2010 at 3:00 p.m.

It is so **ORDERED**.

ENTER this 1st day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge